**Order entered September 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01416-CR

## HAROLD QUINNTIN PRATT, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82573-2013**

## ORDER

The State's September 6, 2016 motion for extension of time to file a brief is **GRANTED**,

and the brief submitted on September 6, 2016 is **ORDERED** filed as of that date.


/s/     MOLLY FRANCIS
        PRESIDING JUSTICE